File No. 716,925

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALFRED HAMILTON AND ANITA COLE, husband and wife<br>　　　　　Plaintiffs<br><br>　　　　vs.<br><br>KENNETH WILBUR GROSS, GRANITE TRANSPORTATION, INC., JOHN/JANE DOES, ABC CORPORATION AND XYZ PARTNERSHIP 1-100, Representing one or more fictitious Individuals or entities, individually, jointly and severally, JOHN/JANE DOE, ABC CORPORATION, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives or Agents, individually, jointly and severally,<br>　　　　　Defendants | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1**

Defendant, Granite Transportation, Inc., is not a publicly held corporation and does not have a publicly held parent corporation or subsidiaries.

　　　　　　　　　　　　　　　　　RAWLE & HENDERSON LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Jeffrey A. Segal (JS 4851)
　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　Granite Transportation, Inc.
　　　　　　　　　　　　　　　　　401 Route 73 North, Suite 200
　　　　　　　　　　　　　　　　　Lake Center Executive Park
　　　　　　　　　　　　　　　　　Marlton, NJ 08053

Dated: August 15, 2008

2513785-1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Disclosure of Interested Parties pursuant to Local R. 1.9 was filed electronically via ECF Filing and served upon the below listed counsel this 19th day of August, 2008 by regular mail.

Craig J. Hubert, Esquire
Szaferman, Lakind, Blumstein & Blader, P.C.
Quakerbridge Executive Center
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08548

Roseann Dempsey, Legal Secretary to
Jeffrey A. Segal, Esquire

Dated: August 18, 2008

2513785-1