LAW OFFICES OF
# BRIAN J. DUFF, LLC
GOLDEN CREST CORPORATE CENTER
2273 STATE HIGHWAY 33, SUITE 207
HAMILTON SQUARE, NEW JERSEY 08690

BRIAN J. DUFF
MEMBER NJ BAR

(609) 570-8558 ● FAX: (609) 570-8559
BRIAN@DUFF-LAW.COM

Via Fax and ECF
Hon. Lois Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street-Room 2020
Trenton, NJ 08608

> **Re:**   **Hamilton v. Gross, et al.**
>           **Civil Action No.: 3:08-cv-4182(GEB)(LG)**

Dear Judge Goodman:

This office represents plaintiff in the above-referenced matter. I write this joint letter, with the consent of defense counsel, Nancy E. Monte Carlo, Esq., for the purpose of obtaining adjustments of the dates contained in the Court's current Scheduling Order. On April 1, 2009, I opened my own law firm. I was previously assisting the attorney of record on the file, Craig J. Hubert, Esq., of my prior firm Szaferman Lakind, with the handling of this matter. However, as a result of my leaving the firm, Mr. Hubert and I sent the required client election letter to Mr. Hamilton. Mr. Hamilton elected to have his file transferred to me for continued handling. While my parting from Szaferman Lakind has been extremely amicable, the logistics of physically moving offices along with the transfer of files intervened, and occasioned an unintended delay in meeting the milestone dates contained in the Court's Scheduling Order.

As a result, fact witness depositions were to be completed in April 2009, along with plaintiff's expert reports. They did not occur. However, the depositions of plaintiff Hamilton and defendant Gross are scheduled for Thursday, May 7, 2009.   I need to serve my expert's report. Also, the defense needs to set up defense medical exam(s) for plaintiff. This makes it unlikely that the defense will be able to serve its report(s) by the deadline date of May 30, 2009.

Accordingly, counsel jointly, respectfully request an extension from the Court on the dates for completion of defense medical exam(s) and the exchange of expert reports. Counsel inform that Court that a 30-day extension was previously granted, while counsel were attempting to settle the matter without incurring significant litigation costs.

Counsel are available at the Court's convenience for a Case Management Conference

Hon. Lois Goodman, U.S.M.J.<br>
May 1, 2009<br>
Page 2

(telephonic or in-person) to discuss any further requirements that Court may have with regard to its consideration of this request.

Counsel await the Court's directive concerning this request.

Respectfully submitted,

Brian J. Duff, Esq.

BJD/
cc:    Nancy E. Monte Carlo, Esq. (Via email and ECF)